### STATE OF INDIANA *v.* WHITTINGTON.

[No. 23,053.   Filed June 1, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Ben F. Whittington. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, and *M. L. Pigg*, for the State.

*John W. Lindley* and *Walter F. Wood*, for appellee.

HARVEY, J.—The same questions are, by this appeal, presented that were decided in *State* v. *McCrocklin, ante* 277, 115 N. E. 929, at the November term, 1916, of this court. Consistent with said opinion, the judgment herein is affirmed.

---

### STATE OF INDIANA *v.* GOMERIE.

[No. 23,037.   Filed June 6, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Ben Gomerie. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, *Omer S. Jackson, Wilbur T. Gruber* and *Thomas H. Branaman*, for the State.

*Davis, Bogart, Royse & Moore, Cunningham & Ortmeyer, Hunt & Gambill, Walter F. Wood* and *John W. Lindley*, for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423. On the authority of that case the judgment herein is affirmed.

---

### STATE OF INDIANA *v.* KRAMER.

[No. 23,042.   Filed June 6, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against John F. Kramer. From a judgment quashing the indictment, the State appeals. *Affirmed.*

State *v.* Whittington—186 Ind. 700.

*Evan B. Stotsenburg,* Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *Draper* (1917), *ante* 332, 116 N. E. 422. On the authority of that opinion the judgment herein is affirmed.

## STATE OF INDIANA *v.* STANK.

[No. 23,032.　Filed June 6, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Ben Stank. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423. On the authority of that opinion the judgment herein is affirmed.

## STATE OF INDIANA *v.* WHITTINGTON.

[No. 23,052.　Filed June 6, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Ben F. Whittington. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *McCrocklin* (1917), *ante* 277, 115 N. E. 929. On the authority of that case the judgment herein is affirmed.